1416

2017-Ohio-7158.]

**2017–0483. State v. Moore.**
Erie App. No. E–16–030, 2017-Ohio-673. On motion to withdraw as counsel for appellee. Motion granted. On appellee's motion for appointment of counsel. Motion granted. The Ohio Public Defender is appointed to represent appellee. The Ohio Public Defender shall file an affidavit of indigence, executed by appellee, within 30 days.

**2017–0858. Clarkwestern Dietrich Bldg. Sys., L.L.C. v. Certified Steel Stud Assn., Inc.**
Butler App. No. CA2016-06-113, 2017-Ohio-2713. On motion for admission pro hac vice of Anthony Cillo. Motion granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission with the Supreme Court's Office of Attorney Services within 30 days.

**2016–1333. Disciplinary Counsel v. Brumbaugh.**
On certification of default. Jeffrey Shane Brumbaugh, Attorney Registration No. 0074102, last known business address in Troy, Ohio, found in contempt for failure to file an affidavit of compliance on or before June 26, 2017.

*August 14, 2017*

2017-Ohio-7205.]

**2017–0228. Scaglione v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals Nos. 2016-532, 2016-533, 2016–536, 2016–1331, and 2016–1335. On appellee's motion to dismiss. Motion denied as moot.

**2017–0423. In re R.H.**
Cuyahoga App. No. 104455, 2017-Ohio-467. On appellant's application for dismissal. Application granted. Cause dismissed.

**2017–0783. State v. Collopy.**
Coshocton App. No. 2016CA0010, 2017-Ohio-1397. On appellant's application for dismissal. Application granted. Cause dismissed.